UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELISSA YATSKO AND DARIAN ALLEN, Co-Administrators of the Estate of Thomas Yatsko, <br><br> Plaintiffs, <br><br> vs. <br><br> SERGEANT DEAN GRAZIOLLI, *et al.*, <br><br> Defendants. | CASE NO. 1:18-CV-814 <br><br> JUDGE: DAN AARON POLSTER <br><br> **PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY** |

Pursuant to Fed.R.Civ.P. 26(a)(2), Plaintiffs, by and through undersigned counsel, hereby disclose the witnesses they may use at trial to present evidence under Fed.R.Evid. 702, 703, or 705:

- Thomas Gilson, M.D., Cuyahoga County Medical Examiner, is expected to testify, consistent with his autopsy report and the medical examiner's file, regarding the injuries Thomas Yatsko sustained, his medical condition at the time of the shooting, and the manner and cause of his death.

- Michael Lamb, M.S.F.S., and Carrie Mazzola, the scientists who certified the toxicology report that is part of the medical examiner's file, are expected to testify consistent with the results of that report regarding the substances present in (and absent from) Mr. Yatsko's blood.

- The paramedics/first responders who rendered care and aid to Mr. Yatsko, including Michael Brosman and Amelia Higgins, are expected to testify

- about Mr. Yatsko's conscious pain and suffering, consistent with their Cleveland EMS Patient Care Report.

- The doctors who rendered emergency care to Mr. Yatsko upon his arrival at University Hospitals, including Regan Berg, M.D., and Louis Horwitz, M.D., are expected to testify, consistent with Mr. Yatsko's medical records, about the condition of Mr. Yatsko upon arrival to the hospital, the efforts they made to try and save him, and the course of his demise and ultimate death.

- A counselor/social worker at Cornerstone of Hope who has been providing grief counseling to Mr. Yatsko's mother is expected to testify, consistent with her counseling notes, about the emotional impact of Mr. Yatsko's death on his mother.[1]

- A psychiatrist who has provided care and treatment to Mr. Yatsko's mother is expected to testify, consistent with his psychiatry notes, about the emotional/psychological/mental impact of Mr. Yatsko's death on his mother.[2]

- Mr. Yatsko's mother's primary care physician is expected to testify, consistent with his medical notes, about the medical/emotional/psychological impact of Mr. Yatsko's death on his mother.[3]

---

[1] The counselor's name has been provided to defense counsel but is being omitted from this, the publicly filed, version of Plaintiffs' expert-witness disclosure in order to respect and protect Ms. Yatsko's privacy.
[2] Ditto the psychiatrist's name.
[3] Ditto the PCP's name.

In addition, Plaintiffs disclose the following retained experts consistent with Fed.R.Civ.P. 26(a)(2)(B):

- Jeffrey J. Noble;
- Glen Andrew Haas; and
- Keith Marshall.[4]

s/ *Jeremy A. Tor*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

***Counsel for Plaintiffs Melissa Yatsko and Darian Allen, Co-Administrators of the Estate of Thomas Yatsko***

---

[4] Plaintiffs have provided copies of these experts' reports to defense counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems.

s/ *Jeremy A. Tor*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

***Counsel for Plaintiffs Melissa Yatsko and Darian Allen, Co-Administrators of the Estate of Thomas Yatsko***