| | |
|---|---|
| STATE OF OHIO | ) |
| | )    **AFFIDAVIT OF GEOFFREY S. GOSS** |
| CUYAHOGA COUNTY | ) |

Now comes Geoffrey S. Goss, first having been duly sworn according to law, and hereby states as follows:

1. My name is Geoffrey S. Goss. I am a resident of the State of Ohio and I am over twenty-one years of age. I have personal knowledge of, and am competent to testify to, the facts as set forth herein.

2. I am aware that a lawsuit has been filed against MRN Limited Partnership, among others, following an incident that occurred on January 13, 2018 outside of The Corner Alley Uptown ("Corner Alley Uptown") located at 11409 Euclid Avenue, Cleveland, Ohio.

3. I am an attorney licensed in the State of Ohio and have provided legal representation to and am knowledgeable as to the holdings and interests of, MRN Limited Partnership.

4. MRN Limited Partnership has never held any ownership interest in Corner Alley Uptown, LLC, which is the entity that operated Corner Alley Uptown, nor has it held any ownership interest in the premises occupied by Corner Alley Uptown, LLC. MRN Limited Partnership has also never provided any support or direction regarding the operation of Corner Alley Uptown.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Geoffrey S. Goss

SWORN TO AND SUBSCRIBED in my presence on this, the 17th day of January, 2020.

_____
NOTARY PUBLIC

PIYAPORN PONGPEERAPAT
NOTARY PUBLIC
STATE OF OHIO
My Commission Expires
June 20, 2021


EXHIBIT D