UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| MELISSA YATSKO AND DARIAN ALLEN, Co-Administrators of the Estate of Thomas Yatsko, | ) ) ) | CASE NO. 1:18-CV-814 |
| | ) | |
| Plaintiffs, | ) ) | JUDGE: DAN AARON POLSTER |
| | ) | |
| vs. | ) ) | **PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS TO BRIEF IN** |
| SERGEANT DEAN GRAZIOLLI, *et al.*, | ) ) | **OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants. | ) | **UNDER SEAL** |
| | ) | |

Plaintiffs, by and through undersigned counsel, respectfully request an Order permitting the filing of the following exhibits to Plaintiffs' forthcoming Omnibus Brief in Opposition to Defendants' Motions for Summary Judgment under seal:

- Medical Records of Defendant Dean Graziolli; and

- Medical Records of Decedent Thomas Yatsko.

The purpose of filing these documents is to protect confidential medical information.

Respectfully submitted,

s/*Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2020, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served

upon counsel of record and may be obtained through the Court's CM/ECF Systems.

s/*Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

*Counsel for Plaintiffs*