**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MELISSA YATSKO**, *et al.*, | ) | **CASE NO. 1:18-CV-814** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| v. | ) | |
| | ) | |
| **SERGEANT DEAN GRAZIOLLI**, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Opinion and Order filed on May 1, 2020, and pursuant to Federal Rule of Civil Procedure 54(b), it is hereby ORDERED, ADJUDGED AND DECREED that the claims against Defendant the City of Cleveland are terminated and dismissed as final.

    */s/Dan Aaron Polster June 23, 2020*
    **DAN AARON POLSTER**
    **UNITED STATES DISTRICT COURT**

7