**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MELISSA YATSKO, et al.** | ) | **CASE NO. 1:18-CV-00814** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **DEFENDANT SERGEANT DEAN** |
| **SERGEANT DEAN GRAZIOLLI, et al.** | ) | **GRAZIOLLI'S MOTION TO FILE** |
| | ) | **SETTLEMENT AGREEMENT UNDER** |
| **Defendants.** | ) | **SEAL** |

Defendant, Sergeant Dean Graziolli ("Defendant Graziolli"), by and through the undersigned counsel, pursuant to Local R. 5.2, moves this Court to for an Order granting Defendant permission to file the settlement agreement entered into by Plaintiffs on August 30, 2020 under seal.

Contemporaneously herewith, Defendant Graziolli filed a motion to enforce the Full and Final Release ("Release") executed by Plaintiffs. The Release is incorporated by reference as if fully restated in the motion. Review of the Release by the Court is likely necessary to consider and rule upon the motion. This is particularly true if the Court needs to consider the entirety of the document, rather than referenced parts stated in the motion. Out of an abundance of caution, Defendant Graziolli seeks clarity to determine if it should be filed under seal, or as a public document. Accordingly, Defendant requests the Release be filed under seal, as per Local R. 5.2 which requires a court order before its filing. (All parties, except the Court, has a copy of the

1

Release.) Alternatively, Defendant Graziolli asks for permission to file the Release as a public document. The Release covers Defendant Graziolli, should be enforced, and all claims against him dismissed.

Respectfully submitted,

/s/David M. Leneghan
David M. Leneghan, Esq. (0062025)
4807 Rockside Rd., Suite 240
Independence Ohio 44131
(440) 223-4260  Fax (440) 838-4260
leneghanlaw@yahoo.com

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was served upon the following via electronic mail through the Court's electronic filing system to all parties of record:

Jeremy A. Tor
Nicholas A. DiCello
Spangenberg, Shibley & Liber
1001 Lakeside Avenue, E., Suite 1700
Cleveland, Ohio 44114
(jtor@spanglaw.com)
(ndicello@spanglaw.com)
*Attorneys for Plaintiffs*

/s/David M. Leneghan
David M. Leneghan
*Attorney for Defendant, Sergeant Dean Graziolli*

2