UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELISSA YATSKO AND DARIAN ALLEN, Co-Administrators of the Estate of Thomas Yatsko, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGEANT DEAN GRAZIOLLI, *et al.*,<br><br>Defendants. | CASE NO. 1:18-CV-814<br><br>JUDGE: DAN AARON POLSTER<br><br>**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AND JOURNAL ENTRY** |

Now come the undersigned, pursuant to Rule 41(a)(1)(A)(ii), and hereby state that all of Plaintiffs' claims against Defendants Corner Alley Uptown, LLC, MRN Limited Partnership and 629 Euclid, Ltd. have been settled and are hereby dismissed with prejudice. Each party is to bear its own costs. Plaintiffs' claims against Defendant Dean Graziolli remain pending.

IT IS SO ORDERED.

                                                JUDGE DAN AARON POLSTER

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas A. DiCello*<br>NICHOLAS A. DICELLO (0075745)<br>JEREMY A. TOR (0091151)<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH  44114<br>(216) 696-3232<br>(216) 696-3924 (FAX)<br>*ndicello@spanglaw.com*<br>*jtor@spanglaw.com*<br><br>*Counsel for Plaintiffs Melissa Yatsko and Darian Allen, On Behalf of the Estate of Thomas Yatsko, Deceased* | */s/ Patrick M. Roche*<br>Patrick M. Roche (0071359)<br>Collins, Roche, Utley & Garner, LLC<br>875 Westpoint Parkway, Suite 500<br>Cleveland, OH  44145<br>Phone: (216) 916-7730; Fax: (216) 916-7725<br>E-mail: pmroche@cruglaw.com<br><br>*Counsel for Defendant*<br>*Corner Alley Uptown, LLC* |

*/s/ Thomas J. Cabral*
Thomas J. Cabral (0033041)
Gallagher Sharp
6th Floor – Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44145
Phone: (216) 241-5310; Fax: (216) 241-1608
E-mail: tcabral@gallaghersharp.com

*Counsel for Defendants*
*MRN Limited Partnership and*
*629 Euclid, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems.

*/s/ Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

*Counsel for Plaintiffs Melissa Yatsko and Darian Allen, On Behalf of the Estate of Thomas Yatsko, Deceased*