FILED

JUN 08 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MELISSA YATSKO, et al., | Case No. 18-cv-814 |
| Plaintiffs, | JUDGE DAN AARON POLSTER |
| v. | **STIPULATED DISMISSAL** |
| DEAN GRAZIOLLI | **WITH PREJUDICE** |
| Defendant. | |

On June 8, 2022, the Court conducted a successful mediation session, during which Plaintiffs and Defendant agreed to settle all remaining claims in this action. The parties also agreed to release any claims for indemnification against non-party the City of Cleveland as a condition of the settlement agreement.

Accordingly, the case is dismissed with prejudice, each party to bear its own costs, except as otherwise provided through settlement. Notice by the Clerk of Courts being hereby waived. The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Counsel for Plaintiffs

_____
Counsel for Defendant

_____
Counsel for City of Cleveland

**IT IS SO ORDERED**.

Date: June 8, 2022

_____
Dan Aaron Polster
United States District Judge